MARION E. SEAVER, Appellant, v. MATT C. RANSOM and FRED F. FISK, as Executors, etc., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

CANDACE WHEELER, Respondent, v. ALBERT M. SIGOURNEY, Impleaded with MARTIN MAGER, Appellant.— Judgment unanimously affirmed, with costs.

WILLIAM A. WARREN and CHARLES A. WARREN, Individually and as Trustees, etc., Appellants, v. THE ALBANY TRUCKING AND STORAGE COMPANY, Respondent, Impleaded with Another.— Judgment unanimously affirmed, with costs.

ALICE EUGENIE WEED and Another, Respondents, v. ORVILLE WHITE and Others, Appellants.— Judgment modified by declaring that the ownership of the plaintiffs and the right of possession of the one-foot strip of land is subject to the joint right of way mentioned in the deed from Stebbins to Louprewte, and as so modified unanimously affirmed, with costs to the respondent.

---

## FOURTH DEPARTMENT, DECEMBER, 1917.

HIRAM B. PARISH, Appellant, *v.* JOHN J. NEIL, Respondent.

*Replevin — constructive possession — appeal.*

Appeal from a judgment and order of the Yates County Court, entered August 6, 1917, reversing a judgment of a justice of the peace in favor of the plaintiff in an action on replevin.

PER CURIAM: It does not appear that in the first replevin action plaintiff gave the required undertaking for the return of the chattel, nor does it appear that the judgment dismissing that action awarded possession or directed the return of the chattel to defendant. There is, therefore, no ground for sustaining the contention of plaintiff's counsel that defendant had constructive possession at the time the present action was begun. On this record it must be held that plaintiff had actual possession of the chattel at the time he began this action, and that it does not appear that defendant was then claiming a right to possession. The form of the notice of appeal to the County Court permitted a review of the whole judgment and did not limit the appeal to the award of costs. The judgment of the County Court should be affirmed, with costs. All concurred. Judgment and order affirmed, with costs.